DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EDMUND ACCARDI,**
Appellant,

v.

**CHARLOTTE ACCARDI,**
Appellee.

No. 4D17-3042

[September 27, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan B. Frink, Judge; L.T. Case No. FMCE 03-010838 (36) (90).

Donald E. Fucik of Donald E. Fucik, LLC, Plantation, for appellant.

Carin M. Porras of Brydger & Porras, LLP, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER, JJ., and MIRMAN, LAWRENCE, Associate Judge, concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*